# Third District Court of Appeal
## State of Florida

Opinion filed May 24, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-96
Lower Tribunal No. 15-27896
_____

**Claudio Lattanzio,**
Appellant,

vs.

**Jerika Hoffmann,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Victoria del Pino, Judge.

Andrew M. Kassier, P.A., and Andrew M. Kassier, for appellant.

Isenberg Family Law Group, and Douglas Isenberg and Erica Whittler, for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 61.075(7), Fla. Stat. (2021) ("The date for determining value of assets and the amount of liabilities identified or classified as marital is the date or dates as the judge determines is just and equitable under the circumstances."); <u>Diaz v. Diaz</u>, 300 So. 3d 767, 770 (Fla. 3d DCA 2020) ("We review the trial court's equitable distribution rulings under an abuse of discretion standard.").